**Matthew JOHNSON, Petitioner–
Appellant,**

v.

**UNITED STATES of America,
Respondent–Appellee.**

No. 01–7040.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Sept. 5, 2001.

Matthew Johnson, pro se. Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, VA, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Matthew Johnson appeals the district court's orders denying his motions filed under 28 U.S.C.A. § 2255 (West Supp. 2001), and Fed.R.Civ.P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Johnson v. United States,* Nos. CR–98–76; CA–01–17–4 (E.D. Va. Mar. 19 & Apr. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*